# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    1:15-cv-09955

IPOX SCHUSTER, LLC

v.

NIKKO ASSET MANAGEMENT CO., LTD. and

LAZARD ASSET MANAGEMENT LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant Nikko Asset Management Co., Ltd.

| | |
|---|---|
| NAME (Type or print) <br> Michael D. Huber | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael D. Huber | |
| FIRM <br> Cray Huber Horstman Heil & VanAusdal LLC | |
| STREET ADDRESS <br> 303 West Madison Street, Suite 2200 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6191282 | TELEPHONE NUMBER <br> (312) 332-8450 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N | |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL           APPOINTED COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on **January 21, 2016**, I electronically filed my Appearance for Defendant **Nikko Asset Management Co., Ltd.** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all attorneys of record.

Respectfully submitted,

CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC

By: /s/ Michael D. Huber

Michael D. Huber (ARDC# 6191282)
Kelly V. McHale (ARDC# 6298568)
CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC
303 West Madison Street, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 332-8450
Facsimile: (312) 332-8451
mdh@crayhuber.com
kvm@crayhuber.com
*Attorneys for Defendant Nikko Asset Management Co., Ltd.*