3629002VEU

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IPOX SCHUSTER, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No: 15-cv-9955 |
| NIKKO ASSET MANAGEMENT CO., LTD. | ) ) ) |
| and | ) ) |
| LAZARD ASSET MANAGEMENT LLC, | ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

On **January 27, 2016** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly or any judge sitting in that judge's stead, in **Courtroom 2103** located in the U.S. District Court, Northern District of Illinois, and shall then and there present **Defendant Nikko Asset Management Co., Ltd.'s Motion to Extend Deadline For Defendant Nikko Asset Management Co., Ltd. to File its Response to Plaintiff's Complaint,** a copy of which is hereby attached.

By: /s/Kelly V. McHale
Kelly V. McHale

Michael D. Huber (ARDC# 6191282)
Kelly V. McHale (ARDC# 6298568)
CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC
303 West Madison Street, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 332-8450
Facsimile: (312) 332-8451
mdh@crayhuber.com
kvm@crayhuber.com
*Attorneys for Defendant Nikko Asset Management Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing **Notice of Motion** was filed on **January 21, 2016**, with the clerk of the court using the CM/ECF system, which will send notice to counsel of record.

                                                By:    /s/Kelly V. McHale
                                                            Kelly V. McHale

Michael D. Huber  (ARDC# 6191282)
Kelly V. McHale  (ARDC# 6298568)
CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC
303 West Madison Street, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 332-8450
Facsimile: (312) 332-8451
mdh@crayhuber.com
kvm@crayhuber.com
*Attorneys for Defendant Nikko Asset Management Co., Ltd.*

RE: Ipox Schuster, LLC v. Nikko Asset Management Co., Ltd. and Lazard Asset Management, LLC
Court No.: 15-cv-9955
Our File No.: 3629002VEU

## SERVICE LIST

**ATTORNEYS FOR PLAINTIFF:**

Patrick T. Stanton (No. 6216899)
Aaron D. Charfoos (No. 6277242)
Kara B. Murphy (No. 6309748)
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
**TEL: (312) 876-1700**
**FAX: (312) 876-1155**

Marsha G. Gentner (*pro hac vice* forthcoming)
Dykema Gossett PLLC
Franklin Square Building
1300 I Street N.W.
Suite 300 West
Washington, D.C. 20005
**TEL: (202) 906-8600**