# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

IPOX Schuster, LLC

                              Plaintiff,

v.                                                 Case No.: 1:15−cv−09955
                                                 Honorable Matthew F. Kennelly

Lazard Asset Management, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, January 24, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Nikko Asset Managemetn Co.'s motion for an extension of time to respond to the complaint [24] is denied; the ground stated in the motion is conclusory and unsupported. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.